FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Rd., Suite 230
Mountain View, CA 94040

(650) 964-8901

Attorney for Plaintiffs

FILED

2007 AUG 14  A 11: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LAVARIAS and NIEVES LAVARIAS,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>JAYDENE BARROGA and EDGAR BARROGA,<br><br>　　　Defendants. | Case No. C 07 02660 PVT<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: 8/21/07<br>Time: 2:00 P.M. |

　　　Pursuant to Northern District Court Rule 16.1, Plaintiffs by and through their counsel submit this Case Management Statement.

### JURISDICTION

This court has jurisdiction over Plaintiffs' claims based on diversity of citizenship.

Venue is properly in this court because Defendants' acts occurred in Santa Clara County.

### SUBSTANCE OF THE ACTION

Plaintiffs' claims against Defendants stem from Defendants misappropriation of the sales

1

CASE MANAGEMENT STATEMENT

proceeds of Plaintiffs' Santa Clara County home and fraud which occurred in Santa Clara County when Defendants represented they would take the sales proceeds and use them to purchase two homes in Las Vegas, Nevada for the benefit of Plaintiffs. Defendants did not abide by their representations, instead Defendants used the money for their own benefit in purchasing a home for themselves.

## STATUS OF THE ACTION

Defendants have not Answered this Complaint, although they have been properly served.

Plaintiffs and Defendants have reached in principal a settlement although there is no guarantee the Defendants will sign the settlement agreement which has been forwarded on this date. It is anticipated Defendants will sign the Agreement and execute documents necessary for consummate of settlement which consist of a Promissory Note secured by Deed of Trust on the Las Vegas property.

Should Defendants not execute documents Plaintiffs will take their default. These documents should be delivered to Plaintiffs' counsel within thirty days. It is therefore requested this matter be continued for a period of sixty days. Within this sixty-day period Plaintiffs' counsel will either obtain dismissal or a Default Judgment.

Dated: August 13, 2007

Frank E. Mayo, Attorney for Plaintiffs

CASE MANAGEMENT STATEMENT