```
FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Rd., Suite 230
Mountain View, CA 94040

(650) 964-8901

Attorney for Plaintiffs
```

FILED

2007 AUG 14  A 11: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LAVARIAS and NIEVES LAVARIAS, <br><br> Plaintiffs, <br><br> vs. <br><br> JAYDENE BARROGA and EDGAR. BARROGA, <br><br> Defendants. | Case No. C 07 02660 PVT <br><br> **COVER PAGE PROOF OF SERVICE OF SUMMONS AND COMPLAINT** <br><br> JAYDENE BARROGA AND EDGAR BARROGA |

1

COVER PAGE FOR PROOF OF SERVICE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 5, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Tom DeMarco, Nevada License Number 981 | Tom DeMarco, Nevada License Number 981 |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where  JAYDENE BARROGA, Defendant
10779 Vemoa Drive, Las Vegas, Nevada 89141

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

[ ] Returned

[ ] Other

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 5, 2007
             _____           _____
                  Date                  *Signature of Server*

Tom DeMarco, Nevada License Number 981
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>June 5, 2007 |
| NAME OF SERVER *(PRINT)*<br>Tom DeMarco, Nevada License Number 981 | TITLE<br>Tom DeMarco, Nevada License Number 981 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.    EDGAR BARROGA Defendant

   Name of person with whom the summons and complaint were    Jaydene Barroga, Defendant's Wife

☐ Returned

☐ Other

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 5, 2007
             Date            Signature of Server

             Tom DeMarco, Nevada License Number 981
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| FRANK E. MAYO<br>ATTORNEY AT LAW<br>480 SAN ANTONIO RD., SUITE 230<br>MOUNTAIN VIEW, CA 94040 | (650) 964-8901 | |
| ATTORNEY FOR (NAME)   PLAINTIFF | REFERENCE NUMBER<br>0C267065-02 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>280 S. First St., San Jose, California | | |
| SHORT NAME OF CASE<br>PEDRO LAVARIAS ET AL vs. JAYDENE BARROGA ET AL | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0702660PVT |

**I am a citizen of the United States and employed in the County of FRESNO, California. I am over the age of 18 and not a party to this action. My business address is 741 N. FULTON STREET, FRESNO, CA, 93728.**

On June 11, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the
　　　　　　　　　　COMPLAINT,

SUMMONS IN A CIVIL ACTION, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, LOCAL RULES, NOTICE OF ASSIGNMENT OF CASE, ECF REGISTRATION INFORMATION HANDOUT, PROHIBITION OF BIAS, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, NOTICE OF ELECTRONIC AVAILABLITY OF CASE FILE, NOTICE OF LAWSUIT AND REQUEST FOR WAIVER, ELECTRONIC CASE FILING

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at FRESNO, **California, addressed as follows:**

　　EDGAR BARROGA
　　10779 VERMOA ST
　　LAS VEGAS, NV

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:**　　$ 100.00



| | |
|---|---|
| [X] Registered: ...SACRAMENTO.... County,<br>Number: ......2005-05<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>322/0C267065-02 　　PROOF OF SERVICE BY MAIL | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: ............June 11, 2007..........,<br>at: ..............FRESNO.........., California.<br>Signature: _/s/ Katherine Samaniego_<br>Name: KATHERINE SAMANIEGO<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |