FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Rd., Suite 230
Mountain View, CA 94040

(650) 964-8901

Attorney for Plaintiffs
PEDRO LAVARIAS and NEIVES LAVARIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO LAVARIAS and NIEVES LAVARIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAYDENE BARROGA and EDGAR BARROGA,<br><br>    Defendants. | Case No. C 07-02660 PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action with prejudice.

Dated: October 22, 2007

/s/
_____
Frank E. Mayo, Attorney for Plaintiffs

1
_____
NOTICE OF VOLUNTARY DISMISSAL